81,373-02

Cause No. WR 81,373-02

Isaacson David

vs.

State of Texas

In the District Court

207th Judicial District

Comal County, Texas

Written Objections

Request Evidentary Hearing

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 08 2015

Abel Acosta, Clerk

To Honorable Court of Criminal Appeals:

New comes David Isaacson applicant Pro se, files written objections for good cause.

These objections are in response to affidavit submitted by trial attorney Paul Goeke dated March 5th. 2005. It is obvious that Mr. Goeke's delay tactic was not only intentional but designed to prohibit applicant's timely response to his rebutal of ineffective assistance of counsel grounds contained in 11.07 writ. As applicant did not the affadavit until March 31st 2015 over three weeks later. Attached is request form I-60 proving delivery

I object to Mr. Goeke's entire affadavit because it simply is not true. He did not ever mention what he refers to as "first Plea bargain offer" recommending community supervision. Nor any response from the State. Furthermore applicant was not informed of the 10 year offer from the State thus never having the opportunity to refuse it. See Randle v. State 847 S.W. 2d 576 (1983 at 580), Missouri V. Frue 132 S. Ct. 1399 (2012) Also see U.S. ex rel Caruso V. Zelinsky 682

7. 2d 435 (3rd Cir 1982) and U.S. v. Blaylock 20 7. 3d 1458. 1465-69 (9th Cir 1984). The Court will also note there is absolutely no record of any plea bargain offer being submitted to or refused by Mr. Isaacson. In addition please see exhibit A and B which were not only never seen by applicant but not rejected either. as indicated by the lack of his signature.

Petitioner was never informed by trial counsel that the odds were stacked against him. In fact, Mr Goeke assured him they had no proof and could not win at trial. Mr. Isaacson was advised that Comal County was extremely conservative in judicial principals and that he (Mr. Goeke) wasn't "in the club". When Petitioner asked for a change of venue he was told by counsel that was not an option. The response to the criminal record Mr. Goeke refers to is also incorrect. Mr Isaacson stated he had "no felony convictions" because he believed that to be true, the reasons are the way the court handled sentencing and the fact that Texas does not recognize carrying a concealed weapon as a felony or a crime at all back then.

It is also a misstatement of Mr. Goeke for a lesser-included offense in the jury charge. Isaacson never testified he closed the door immediatly after seeing the people on the porch were uniformed officers.

The obligation to object to the absence of a lesser-included charge was an egregious error by counsel as one can not commit the act of aggravated assult without having committed assult. See Texas Penal Code 22.02 which references 22.01 Assult.

This objection is in response to Mr. Goeke's affidavit addressing allegations of IAC on petitioners 11.07 Writ of Habeas Corpus

Petitioner requests an Evidentiary Hearing to expand the record.

I declare this information is correct and true and is supported by documentation under Penalty of Perjury

David M. _____
David M. Isaacson

cc: 207th District Court
    Court of Criminal Appeals
    File
    Paul Goeke - Attorney at Law

## Certificate of Service

I certify that a copy of foregoing written objection is true and correct to my knowledge. and have been mailed. U.S. Postal Service. on this 6th day of April 2015.

Served to:

Paul Goeke - Attorney at Law
Milam Bld. Ste. 1145
115 E. Travis St.
San Antonio. Tx 78205-1755

Comal County
Office of District Clerk
150 N. Seguin Ste 304
New Braunfuls. Tx 78130-5160

Court of Criminal Appeals
Abel Acosta. Clerk
P.O. Box 12308 Capitol Station
Austin. Tx 78711

Respectfully, Submitted
Dal M. ~
Applicant TDCJ No 1691396
1525 FM 766
Cuero. Tx 77954

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Could you please send me official written verification of the time & date I recieved legal mail from Paul Goeke attorney at law. —

I believe its 0900 / 3/31/15

Thank You

Name: Isaacson David    No: 1691396    Unit: 5B

Living Quarters: D-102 B    Work Assignment: Med. Una.

**DISPOSITION:** (Inmate will not write in this space)

Mail Room received legal mail from Paul J. Goeke Attorney At Law - Milam Bldg, Ste 1145, 115 E Travis St, San Antonio, Tx 78205 on 3.30.15 Offender Isaacson, David, TDCJ #1691396 received this legal mail 3.31.15 We do not log times.

☆I-60 (Rev. 11-90)